# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| James Murphy, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No: 17 CV 50198 |
| Nancy A. Berryhill, | ) ) | |
| *Defendant*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [14] by the magistrate judge that plaintiff's motion for summary judgment [5] be granted, the government's motion be denied, and the case be remanded. After being afforded a sufficient opportunity, neither party has offered any objection to the R&R. Accordingly, there being no written objection to the R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R. This case is remanded.

Date: 12/17/2018   ENTER:

_____
FREDERICK J. KAPALA

District Judge